# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE INTEREST OF D.F.D.

NO.  2025 CW 0355

**JUNE 30, 2025**

---

In Re:   Madyson Daenen, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 131058 C/W 4000-2129.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT DENIED.**

AHP
EW
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT